# Court of Appeals
# of the State of Georgia

ATLANTA,_____June 21, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0402.  BOAZ YEHIEL BADICHI v. ALBION TRADING INC. et al.**

Boaz Yehiel Badichi seeks discretionary review of the trial court's grant of partial summary judgment to Albion Trading, Inc., SBS 384, LLC, SBS 276, LLC, and SBS Holdings at Tall Pines Apartments, LLC in this action for equitable partition and accounting.  Appellate jurisdiction over cases involving statutory or equitable partition lies with the Supreme Court. *Pack v. Mahan*, 294 Ga. 496, n.1 (755 SE2d 126) (2014); Wiley *v. Wiley*, 233 Ga. 824, 826 (1) (213 SE2d 682) (1975). This appeal is therefore *TRANSFERRED* to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____06/21/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*